**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

ReBath LLC,

          Plaintiff,

v.

Baths & More of Georgia LLC, et al.,

          Defendants.

No. CV-19-05276-PHX-MTL

**ORDER**

On April 20, 2020, the Court issued an Order granting Plaintiff ReBath, LLC's motion for sanctions. (Doc. 44.) In relevant part, the Order directed Plaintiff to "apply for entry of default against the Hutto Defendants pursuant to Fed. R. Civ. P. 55(a) within fourteen (14) days of the date of [the] Order." (*Id.* at 4.) It was further ordered that "within fourteen (14) days of the clerk's entry of default against the Hutto Defendants Plaintiff must apply to the Court for the entry of a default judgment against *all three* defendants." (*Id.*) (emphasis added).

Plaintiff complied with the initial portion of the Order by filing an Application for Entry of Default Against Defendants Justin Hutto and Leslie Hutto within 14 days of the Court's Order. (Doc. 45.) The Clerk subsequently entered default on the Hutto Defendants on April 30, 2020.[1] (Doc. 46.) Instead of applying to the Court for a default judgment against all three defendants within the 14-day time frame, Plaintiff filed its motion for

---

[1] The Clerk previously entered default against Defendant Baths & More of Georgia LLC on December 4, 2019. (Doc. 33.)

default judgment against only the two Hutto Defendants almost three months later, on July 20, 2020.  (Doc. 47.)  Accordingly,

**IT IS ORDERED** that by no later than **August 14, 2020**, Plaintiff shall submit a status report addressing why it did not seek default judgment against Defendant Baths & More of Georgia LLC. The status report shall also address why Plaintiff did not move for default judgment within 14 days of the entry of default (Doc. 46).

Dated this 5th day of August, 2020.

*Michael T. Liburdi*

Michael T. Liburdi
United States District Judge